FILED
MISSOULA, MT

2007 FEB 27 PM 4 37

PATRICK E. DUFFY
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| ELDON HUFFINE, | ) | CV 06-62-H-DWM-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KARLA M. GRAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

United States Magistrate Keith Strong entered Findings and Recommendation in this matter on February 23, 2007. Plaintiff Huffine is proceeding pro se and is not entitled to a ten-day period to file an objection. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1115 (9th Cir. 1998) (per curiam). This Court will review the Findings and Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1).

It is Judge Strong's recommendation that Huffine's motion to proceed in forma pauperis be denied because Huffine is not a trustworthy affiant. The Court concurs. Recent criminal proceedings before the Court show Huffine does not merit this status.

-1-

The Court finds no clear error in Judge Strong's Findings and Recommendation (dkt #5) and adopts them in full.

Accordingly, IT IS HEREBY ORDERED that Huffine's motion to proceed in forma pauperis (dkt #2) is DENIED.

Dated this 27th day of February, 2007.

Donald W. Molloy, Chief Judge
United States District Court